## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE SHAWNEE TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-1999 (APM) |
| | ) | |
| STEVEN T. MNUCHIN, in his official capacity as Secretary of Treasury, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Consistent with the D.C. Circuit's opinion and its order on remand, *see Tribe v. Mnuchin*, No. 20-5286, 2021 WL 28207 (D.C. Cir. Jan. 5, 2021), the court hereby preliminarily enjoins Defendant Steven T. Mnuchin, in his official capacity as Secretary of the Treasury, from distributing $12 million of the remaining funds available under Title V of the Coronavirus Aid, Relief, and Economic Security Act for "Tribal governments," 42 U.S.C. § 801, until a final judgment is entered in this matter, or upon an earlier order entered by the court.

Dated:  January 14, 2021

Amit P. Mehta
United States District Judge