### UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

THE SHAWNEE TRIBE,

                Plaintiff,

    v.

JANET YELLEN, in her official capacity as
Secretary of the Treasury, et al.,

                Defendants.

Case No. 20-cv-1999

## NOTICE OF PRODUCTION OF ADMINISTRATIVE RECORD

Consistent with the Court's instruction during the February 25, 2021 teleconference, Defendants hereby give notice that it has produced an administrative record to Plaintiffs, and have appended the Index of the Contents of the Administrative Record, along with a certification herewith.

Dated: February 3, 2021

Respectfully submitted,

BRIAN BOYNTON
Acting Assistant Attorney General

ERIC WOMACK
Assistant Branch Director

*/s/ Kuntal Cholera*
Kuntal V. Cholera
Jason C. Lynch
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: kuntal.cholera@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

THE SHAWNEE TRIBE,

                Plaintiff,

      v.

JANET YELLEN, in her official capacity as
Secretary of the Treasury, et al.,

                Defendant.

Case No. 20-cv-1999

| | Document | Date | Subject/Title | Author | Recipient |
|---|---|---|---|---|---|
| | | | **Administrative Record Index** | | |
| | | | *Shawnee Tribe v. Yellen*, Case No. 1:20-cv-01999 (D.D.C.) | | |
| 1 | Data | May 2019 | FY 2020 Indian Housing Block Grant (IHGB) Estimate Allocation Formula Area | Department of Housing and Urban Development (HUD) | Public |
| 2 | Data | February 2020 | FY 2020 IHBG Final Allocation | HUD | Public |
| 3 | Letter | 3/31/2020 | All-Tribes Consultation Call re CARES Act Title VI, Coronavirus Relief Fund | Assistant Secretary of the Department of the Interior's Bureau of Indian Affairs (BIA) | Tribal Leaders |
| 4 | Transcript | 4/2/2020 | CARES Act Title VI, Coronavirus Relief Fund Tribal Consultation | BIA | [N/A] |
| 5 | Report | On or about 04/07/2020 | Coronavirus Relief Fund (CRF) Summary of Tribal Comments | BIA | Treasury |
| 6 | Memorandum | 05/05/2020 | Allocation of Payments to Indian Tribes | Counselor to the Secretary | Secretary of the Treasury |
| 7 | Website posting | 05/05/2020 | CRF Allocations to Tribal Governments | Treasury | Public |

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

THE SHAWNEE TRIBE,

            Plaintiff,

    v.

JANET YELLEN, in her official capacity as
Secretary of the Treasury, et al.,

            Defendants.

Case No. 20-cv-1999

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Michelle A. Dickerman, declare as follows:

1. I currently serve as Deputy Assistant General Counsel (Litigation, Oversight, and Financial Stability) at the United States Department of the Treasury (Treasury).  In this capacity I manage a variety of litigation and government oversight matters, including matters related to Title V of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act).

2. I am authorized to make this declaration and do so on the basis of information made available to me in my official capacity.

3. The documents annexed hereto reflect, to the best of my knowledge and based on reasonable internal inquiries, non-privileged information considered by Treasury in establishing the methodology identified in its May 5, 2020 guidance memorandum titled "Coronavirus Relief Fund Allocations to Tribal Governments."  Treasury intends to promptly supplement these documents with certain information provided to Treasury by Tribal Governments, once Treasury has had an opportunity to prepare this information for production.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  March 3, 2021
Washington, D.C.

Michelle A. Dickerman
Digitally signed by Michelle A. Dickerman
Date: 2021.03.03 17:47:34 -05'00'

_____
Michelle A. Dickerman
Deputy Assistant General Counsel
(Litigation, Oversight, and Financial Stability)
United States Department of the Treasury
1500 Pennsylvania Ave., NW
Washington, D.C. 20220