UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE SHAWNEE TRIBE**, <br><br> Plaintiff, <br><br> v. <br><br> **JANET YELLEN, in her official capacity as Secretary of the Treasury, et al.**, <br><br> Defendants. | Case No. 20-cv-1999 |

**STATUS REPORT AND RENEWED REQUEST TO STAY SUMMARY BRIEFING SCHEDULE**

On April 26, 2021, the Court instructed Treasury to "file a Status Report on or before May 3, 2021, notifying the court of its revised methodology for distributing remaining Title V funds and its timeline for distributing funds to Plaintiffs under the revised methodology." ECF No. 74, at 9.

On April 30, 2021, Treasury published a revised methodology for distributing the remaining funds at issue from Title V of the Coronavirus Aid, Relief, and Economic Security Act. The publication describing the revised methodology is attached hereto as Exhibit A.[1] Treasury is working to make payments based on the published allocation methodology as soon as possible. Treasury currently anticipates that payments can be initiated by the end of the week to each Plaintiff.

In light of this new methodology, Treasury respectfully renews its request that the Court stay further briefing over Plaintiffs' summary judgment motion, and thus relieve Treasury of its obligation to file a summary judgment response brief by May 7, 2021. Plaintiffs' summary

---

[1] The revised methodology may also be accessed through the following address: https://home.treasury.gov/system/files/136/Allocations-to-Tribal-Governments-April-30-2021.pdf.

judgment motion challenges the legality of Treasury's *original* allocation methodology, which has now been superseded, and seeks affirmative relief that the Court has already concluded it cannot provide. *See* ECF No. 70. Thus, the Court should direct the parties to meet and confer, and file a joint status report by May 7, 2021, concerning further proceedings in this matter. Treasury conferred with Plaintiffs, and Plaintiffs oppose this request.

Dated: May 3, 2021               Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director

*/s/ Kuntal Cholera*
Kuntal V. Cholera
Jason C. Lynch
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: kuntal.cholera@usdoj.gov

*Attorneys for Defendants*