UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SHAWNEE TRIBE, <br><br> Plaintiff, <br><br> v. <br><br> JANET YELLEN, in her official capacity as Secretary of the Treasury, et al., <br><br> Defendants. | Case No. 20-cv-1999 |

### STATUS REPORT

On April 30, 2021, Treasury published a revised methodology for distributing a portion of the remaining, unpaid funds reserved for Tribal Governments pursuant to Title V of the Coronavirus Aid, Relief, and Economic Security Act.[1] Treasury hereby notifies the Court that in addition to making supplemental payments to the Plaintiff Tribes under this revised methodology, Treasury has begun making payments to other Tribal entities who qualify for supplemental payments under this revised methodology. Treasury has not begun issuing payments from the relevant Title V funds to Alaska Native Corporations, and will retain sufficient funds to comply with all applicable injunctions.

Dated: June 23, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director

---

[1] https://home.treasury.gov/system/files/136/Allocations-to-Tribal-Governments-April-30-2021.pdf.

1

/s/ Kuntal Cholera
Kuntal V. Cholera
Jason C. Lynch
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: kuntal.cholera@usdoj.gov

*Attorneys for Defendants*

2