

December 27, 2021

**VIA CM/ECF**
Hon. Amit P. Mehta
U.S. District Court, District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re: ***Shawnee Tribe, et al. v. Yellen, et al.***
Case No.: 20-cv-01999-APM

Dear Judge Mehta:

On August 27, 2021, this Court canceled the hearing on the pending summary judgment motions in the above referenced matter, which had been scheduled for September 1, 2021. Plaintiffs Prairie Band Potawatomi Nation and The Miccosukee Tribe of Indians of Florida write to inquire as to whether the Court has decided to reschedule a hearing of these motions.

Very truly yours,

LIPPES MATHIAS LLP

Carol E. Heckman

CEH/lmp

cc: All counsel of record (via CM/ECF)

**Carol E. Heckman**  |  Partner  |  checkman@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202   **Phone:** 716.853.5100   **Fax:** 716.853.5199   lippes.com

**New York:** Albany, Buffalo, New York City, Rochester  //  **Florida:** Jacksonville  //  **Illinois:** Chicago  //  **Ontario:** Greater Toronto Area  //  **Washington, D.C.**