## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE SHAWNEE TRIBE,

    *Plaintiff*,

    v.

UNITED STATES DEPARTMENT OF THE
TREASURY, et al.

    *Defendants*.

Case No. 1:20-cv-01999-APM

### STATUS REPORT

On August 27, 2021, this Court canceled the hearing on the pending summary judgment motions in the above referenced matter, which had been scheduled for September 1, 2021.  Plaintiff Prairie Band Potawatomi Nation writes to inquire as to whether the Court has decided to reschedule a hearing of these motions.

Respectfully submitted,

Dated:  December 29, 2021

LIPPES MATHIAS LLP

*s/ Carol E, Heckman*
Carol E. Heckman*
James P. Blenk*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: (716) 560-7744
checkman@lippes.com
lredeye@lippes.com
*Admitted *Pro Hac Vice*

-    and    -

_s/ Michael G. Rossetti_
Michael G. Rossetti, DC Bar No. 477122
1900 K Street, NW
Suite 730
Washington, DC 20006
Telephone: (202) 888-7610

*Counsel to Prairie Band Potawatomi Nation*