# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SHAWNEE TRIBE,<br><br>　　*Plaintiff*,<br><br>　　v.<br><br>JANET L. YELLEN, in her official capacity as Secretary of the Treasury, et al.<br><br>　　*Defendants*. | Case No. 1:20-cv-01999-APM |
| THE MICCOSUKEE TRIBE OF INDIANS OF FLORIDA,<br><br>　　*Plaintiffs*,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY and UNITED STATES OF AMERICA,<br><br>　　*Defendants*. | Case No. 1:20-cv-02792-APM |
| PRAIRIE BAND POTAWATOMI NATION,<br><br>　　*Plaintiff*,<br><br>　　v.<br><br>JANET L. YELLEN, in her official capacity as Secretary of the Treasury,<br><br>　　*Defendant*. | Case No. 1:21-cv-012-APM |

**NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3(a) and 4(a), timely notice is hereby given on this 26th day of March, 2022, that The Miccosukee Tribe of Indians of Florida ("Miccosukee"), appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order entered on January 28, 2022 (Dkt. 99) denying Plaintiffs' Motion for Summary Judgement; denying Plaintiffs Miccosukee and Prairie Band Potawatomi Nation's Amended Motion for Summary Judgement; and granting Defendants' Cross-Motion for Summary Judgment.

Respectfully submitted this 26th day of March, 2022.

/s/ Daniel G. Jarcho
Daniel G. Jarcho (D.C. Bar # 391837)
George B. Abney
Daniel F. Diffley
Jean E. Richmann
**ALSTON & BIRD LLP**
The Atlantic Building
950 F Street, N.W.
Washington, D.C. 20004
Phone: (202) 239-3300
Fax: (202) 239-3333
daniel.jarcho@alston.com

*Counsel for Miccosukee Tribe of Indians of Florida*

## **CERTIFICATE OF FILING AND SERVICE**

The undersigned hereby certifies that on the 26th day of March, 2022, the foregoing document was filed with the Court using the CM/ECF system and served which provided service to all parties through their attorney of record.

                                                /s/ Daniel G. Jarcho